Richard J. Ryan, Esq. (SBN 106587)
Marshall J. Shepardson, Esq. (SBN 263637)
Hao Wu, Esq. (SBN 326050)
**R.J. RYAN LAW, APC**
500 North Brand Boulevard, Suite 950
Glendale, CA 91203
Telephone: (818) 956-3600
Facsimile:   (818) 956-3936
rick@rjryanlaw.com
marshall@rjryanlaw.com
hao@rjryanlaw.com

Attorneys for Defendants
DOCTORS HOSPITAL OF RIVERSIDE, LLC, dba Parkview Community
Hospital Medical Center (erroneously sued as PARKVIEW COMMUNITY
HOSPITAL MEDICAL CENTER) and AHMC HEALTHCARE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA SHAH, an individual and successor-in-interest of SHILOH SHAH, deceased, <br><br> Plaintiff, <br><br> v. <br><br> DREW CHAIN SECURITY CORPORATION, a California corporation; PARKVIEW COMMUNITY HOSPITAL MEDICAL CENTER, an California entity form unknown; AHMC HEALTHCARE, INC., a California corporation; YANUSH SCHROM, an individual; TYLER WILLIAMS, an individual; KRISTINE JUND, an individual; and, SYED SHAH, a nominal defendant, <br><br> Defendants. | Case No.: 2:22-cv-01335-FWS-MAA <br><br> **DECLARATION RE: STATUS CONFERENCE** <br><br> Assigned to: **Judge Fred W. Slaughter** <br> Magistrate Judge: **Maria A. Audero** <br> Dept. **10** <br><br> Action Filed:  February 28, 2022 <br> Trial Date:     N/A |

I, MARSHALL J. SHEPARDSON, declare:

1.      I am an attorney at law duly admitted to practice before this Court.  I am Senior Motion and Appellate Counsel with the firm of R.J. Ryan Law, A.P.C., counsel of record for defendants PARKVIEW COMMUNITY HOSPITAL

MEDICAL CENTER and AHMC HEALTHCARE, INC.

2.    I submit this Declaration to provide materials for the reference of the Court during the September 26, 2024, Status Conference scheduled by the Court's Minute Order of August 23, 2024 [Doc. 188].

3.    On August 14, 2024, defendants PARKVIEW COMMUNITY HOSPITAL MEDICAL CENTER and AHMC HEALTHCARE, INC. filed a Motion for a Stay of All Proceedings in the concurrent Superior Court action arising from the same circumstances giving rise to this action (Riverside Superior Court Case No. CVRI 2303912).  Attached hereto as **Exhibit A** is a true and correct, conformed copy of the Motion for a Stay of All Proceedings.

4.    Said Motion is based on the grounds, among others, that the plaintiff may not maintain two separate actions for Wrongful Death under California's "one action rule" under C.C.P. §§ 377.60 & 377.61 and *Cross v. Pacific Gas & Elec. Co.* (1964) 60 Cal.2d 690.

5.    Said Motion is currently scheduled to be heard October 17, 2024.

6.    Like relief has also been requested by other parties to that action.  No opposition or other response has yet been filed by plaintiff.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 24th day of September 2024, at Los Angeles, California

Dated:  September 24, 2024

R.J. RYAN LAW, APC

By: /s/ Marshall J. Shepardson

Attorneys for Defendants PARKVIEW COMMUNITY HOSPITAL MEDICAL CENTER, a nonprofit public benefit corporation and AHMC HEALTHCARE, INC., a California corporation

2